### 27921. PERRY v. THE STATE.

GUERRY, J. The assignment of error is on the general grounds only. The evidence supported the verdict, and the judge did not err in overruling the motion for new trial.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED JANUARY 18, 1940.

*O. C. Darsey, E. A. Dutton,* for plaintiff in error.
*R. L. Dawson, solicitor-general,* contra.